No. 96–2003. GRENELL *v.* CONFORTI ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–2004. SUNDELL *v.* CISCO SYSTEM, INC. C. A. 5th Cir. Certiorari denied.

No. 96–2005. TEXAS *v.* COOK. Ct. Crim. App. Tex. Certiorari denied.

No. 96–2006. ROGGIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–2007. SMITH *v.* GORDON COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–2009. ROCANOVA *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–2010. RHYMER *v.* YOKOHAMA TIRE CORP. C. A. 4th Cir. Certiorari denied.

No. 96–2011. RIGGINS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–2012. LU *v.* CHOATE, HALLS & STEWART ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–2013. PATE *v.* SERVICE MERCHANDISE CO., INC., ET AL. Ct. App. Tenn. Certiorari denied.

No. 96–2014. STEELE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–2015. FIDELITY TECHNOLOGIES CORP. *v.* BUTLER ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 96–2016. DONOHOO ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 8th Cir. Certiorari denied.

No. 96–2017. SNAP-DRAPE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.